DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EVAN S. GUTMAN,**
Appellant,

v.

**DISCOVER BANK**,
Appellee.

No. 4D22-1089

[March 16, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 50-2019-CA-013570-XXXX-MB.

Evan S. Gutman, Boca Raton, pro se.

Gennifer L. Bridges and David Elliott of Burr & Forman LLP, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***